■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILFREDO ALVAREZ, Appellant. (Appeal No. 1.)—Appeal unani-

mously dismissed. Memorandum: Defendant knowingly, intelligently and voluntarily waived his right to appeal *(see, People v Seaberg,* 74 NY2d 1, 11). (Appeal from Judgment of Orleans County Court, Miles, J.—Attempted Criminal Sale Controlled Substance, 3rd Degree.) Present—Boomer, J. P., Green, Balio, Boehm and Fallon, JJ.